FILED

06/03/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0511

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0511

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

KEITH SCOTT STRECKER,

      Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for an extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including July 6, 2020, within which to prepare, serve, and file its response brief.

PJM

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 3 2020